12308.   POPE *v.* THE STATE.

</div>

BROYLES, C. J.   The circumstantial evidence upon which the defendant was convicted not being sufficient to exclude every reasonable hypothesis save that of her guilt, the court erred in overruling her motion for a new trial.   *Judgment reversed. Luke and Bloodworth, JJ., concur.*
DECIDED MAY 11, 1921.

Accusation of possessing intoxicating liquor; from city court of Houston county — Judge Riley.   February 21, 1921.

*R. N. Holtzclaw, Marx Kunz,* for plaintiff in error.

---

<div align="center">

12313.   BARTLETT *v.* THE STATE.

</div>

LUKE, J.   This case is here upon the general grounds only, and a careful examination of the record failing to disclose any evidence authorizing the defendant's conviction, the trial court erred in overruling the motion for a new trial.
   *Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MAY 11, 1921.

Indictment for possessing intoxicating liquor; from Jasper superior court — Judge Park.   February 14, 1921.

*Greene F. Johnson,* for plaintiff in error.

*Doyle Campbell, solicitor-general, A. Y. Clement,* contra.